1  James H. Wilkins #116364
   WILKINS DROLSHAGEN & CZESHINSKI LLP
2  6785 North Willow Avenue
   Fresno, California 93710
3  Tel: (559) 438-2390
   Fax: (559) 438-2393
4  j.wilkins@wdcllp.com

5  Attorneys for Plaintiff, LANCE ANDERSON,
   as Guardian Ad Litem of MAURINE ANDERSON

7  LEWIS BRISBOIS BISGAARD & SMITH LLP
   Julian J. Pardini, SB# 133878
8     Email: Julian.Pardini@lewisbrisbois.com
   Stephen J. Liberatore, SB# 129772
9     Email: Stephen.Liberatore@lewisbrisbois.com
   333 Bush Street, Suite 1100
10 San Francisco, California 94104-2872
   Telephone: 415.362.2580
11 Facsimile: 415.434.0882

12 Attorneys for Defendant ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA

13                     UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

| LANCE ANDERSON, as Guardian Ad Litem of MAURINE ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  1:22-cv-00165-DAD-EPG<br><br>**REQUEST TO MODIFY SCHEDULING ORDER (FRCP RULE 16) AND ORDER**<br><br>(ECF No. 19) |
|---|---|

Pursuant to FRCP 16(b)(4), Plaintiff, LANCE ANDERSON, as Guardian Ad Litem of MAURINE ANDERSON and Defendant ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA (collectively, "the Parties") by and through their counsel, hereby request to modify the initial Scheduling Order issued on May 26, 2022 by Magistrate Judge Erica P. Grosjean for the following good cause shown:

1. In accordance with the May 26, 2022 initial Scheduling Order, and on November 9, 2022, the Parties participated in a Mid-Discovery conference with Magistrate Judge Erica P. Grosjean. At that time the parties expected and agreed

that they should be able to complete the nonexpert discovery by the existing February 17, 2023, cutoff date.

2. In early December 2022, and despite being fully vaccinated, Plaintiff's counsel came down with a rather significant case of COVID. Plaintiff's counsel was out of the office for more than 10 days and not able to perform his normal activities as counsel for his clients. As a result, and with the scheduling issues impacted with the seasonable holidays, the depositions the Parties expected to take during December had to be put off until the first week in January 2023.

3. In addition, during the first round of depositions, it was discovered that additional Allianz witnesses, that had not been identified in the initial Rule 26 disclosures, need to be deposed.

4. Efforts to get the needed additional Allianz depositions were delayed because of Defense counsel's need to deal with other serious family health/medical issues.

5. It now appears that the identified additional depositions will not be completed until mid to late February. It is anticipated that this discovery may lead to the need to take further depositions.

6. The Parties have made diligent efforts to have nonexpert discovery completed without undue delays. Despite their diligent efforts to do so and as such, the Parties request all discovery, expert and dispositive motion dates be continued by approximately 90 days. The Parties do not anticipate this brief continuance will impact the current Pretrial Conference scheduled for December 11, 2023 or the trial date of February 13, 2024.

The Parties propose the following schedule:

**Discovery Deadlines**:

| | | |
|---|---|---|
| Non-Expert Discovery: | Currently: | February 17, 2023 |
| | Proposed New Cutoff: | May 23, 2023 |
| Expert Disclosures: | Currently: | March 10, 2023 |
| | Proposed New Cutoff: | June 12, 2023 |
| Rebuttal Expert Disclosures: | Currently: | April 7, 2023 |
| | Proposed New Cutoff: | July 14, 2023 |
| Expert Discovery Cutoff: | Currently: | May 26, 2023 |
| | Proposed New Cutoff: | August 31, 2023 |
| Dispositive Motion Filing Deadline | Currently: | July 10, 2023 |
| | Proposed New Cutoff: | September 5, 2023 |

///

|   |   |   |
|---|---|---|
| Pre-Trial Conference (unchanged): | December 11, 2023<br>Time: 1:30 p.m.<br>Dept: 5 |   |
| Trial (unchanged): | February 13, 2024<br>Time: 8:30 a.m.<br>Dept: 5 |   |

Dated: January 19, 2023                         WILKINS DROLSHAGEN & CZESHINSKI LLP


By:  */s/ James H. Wilkins*
     James H. Wilkins
     Attorneys for Plaintiff, LANCE
     ANDERSON, as Guardian ad Litem for
     MAURINE ANDERSON


Dated: January 19, 2023                         LEWIS BRISBOIS BISGAARD & SMITH LLP


By:  */s/ Stephen J. Liberatore*
     Julian J. Pardini
     Stephen J. Liberatore
     Attorneys for Defendant, ALLIANZ LIFE
     INSURANCE COMPANY OF NORTH
     AMERICA

**ORDER**

Based on the parties' stipulation (ECF No. 19), the Court's scheduling order (ECF No. 13) is modified as follows:

| Event | Former Date/Deadline | New Date/Deadline |
|---|---|---|
| Non-Expert Discovery | February 17, 2023 | May 23, 2023 |
| Expert Disclosures | March 10, 2023 | June 12, 2023 |
| Rebuttal Expert Disclosures | April 7, 2023 | July 14, 2023 |
| Expert Discovery Cutoff | May 26, 2023 | August 31, 2023 |
| Dispositive Motion Filing | July 10, 2023 | September 5, 2023 |
| Pretrial Conference[1] | December 11, 2023 | February 12, 2024, at 1:30 p.m. Courtroom 1, before District Judge Ana de Alba |
| Trial | February 13, 2024 | April 16, 2024, at 8:30 a.m. Courtroom 1, before District Judge Ana de Alba |

With the reassignment of this case to District Judge Ana de Alba (ECF No. 14), the parties are directed to review her standing order, which addresses her requirements for pretrial conferences and trials. It is available on the Court's website at the following address: https://www.caed.uscourts.gov/caednew/assets/File/ADA/ADA%20Standing%20Order_12162022.pdf.

IT IS SO ORDERED.

Dated:   **January 24, 2023**         /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that the parties have not asked to extend the pretrial conference or trial dates. However, with the extension of the dispositive motion filing deadline, the Court extends the pretrial conference and trial dates to allow sufficient time to rule on any dispositive motions.