1  **WILKINS DROLSHAGEN & CZESHINSKI LLP**
   James H. Wilkins #116364
2  6785 North Willow Avenue
   Fresno, California 93710
3  Tel: (559) 438-2390
   Fax: (559) 438-2393
4  j.wilkins@wdcllp.com

5  Attorneys for Plaintiff, LANCE ANDERSON, as Guardian Ad Litem of MAURINE ANDERSON

6  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   JULIAN J. PARDINI, SB# 133878
7     Email: Julian.Pardini@lewisbrisbois.com
   STEPHEN J. LIBERATORE, SB# 129772
8     Email: Stephen.Liberatore@lewisbrisbois.com
   333 Bush Street, Suite 1100
9  San Francisco, California 94104-2872
   Telephone: 415.362.2580
10 Facsimile:  415.434.0882

11 Attorneys for Defendant ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA

12                    UNITED STATES DISTRICT COURT

13                EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LANCE ANDERSON as *Guardian Ad Litem* For MAURINE ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA and DOES 1 to 50, Inclusive,<br><br>Defendant. | Case No. 1:22-cv-00165-ADA-EPG<br><br>**REQUEST TO FURTHER MODIFY SCHEDULING ORDER (FRCP RULE 16); ORDER**<br><br>**(ECF No. 22)** |

21       Pursuant to FRCP 16(b)(4), Plaintiff LANCE ANDERSON, as Guardian Ad Litem of

22 MAURINE ANDERSON, and Defendant ALLIANZ LIFE INSURANCE COMPANY OF

23 NORTH AMERICA (collectively, "the Parties") by and through their counsel, hereby request the

24 Court to further modify the initial Scheduling Order issued on May 26, 2022, and modified on

25 January 24, 2023, by Magistrate Judge Erica P. Grosjean for the following good cause shown:

26       1.    Maurine Anderson, for whom Plaintiff Lance Anderson was designated as

27             Guardian Ad Litem, passed away during the week of March 20, 2023.

28 / / /

2.  Because of Ms. Anderson's passing, Plaintiff Lance Anderson must now undertake to amend the pleadings to substitute in as a party-plaintiff the Estate of Maurine Anderson.

3.  As the Parties previously advised the Court, they have agreed to submit this case to mediation, with the Honorable Raul A. Ramirez, Judge (ret.), acting as mediator. The Parties, through counsel, are working with Judge Ramirez to schedule the mediation.

Based on the foregoing, the Parties respectfully request that the Court modify the current Scheduling Order and proposed the following schedule:

**Discovery Deadlines**:

| | | |
|---|---|---|
| Non-Expert Discovery: | Current (as modified): | May 23, 2023 |
| | Proposed New Cutoff: | August 23, 2023 |
| Expert Disclosures: | Current (as modified): | June 12, 2023 |
| | Proposed New Cutoff: | September 11, 2023 |
| Rebuttal Expert Disclosures: | Current (as modified): | July 14, 2023 |
| | Proposed New Cutoff: | October 13, 2023 |
| Expert Discovery Cutoff: | Current (as modified): | August 31, 2023 |
| | Proposed New Cutoff: | November 30, 2023 |
| Dispositive Motion Filing Deadline: | Current (as modified): | September 5, 2023 |
| | Proposed New Cutoff: | December 5, 2023 |
| Pre-Trial Conference: | Current (unchanged): | December 11, 2023<br>Time: 1:30 p.m.<br>Dept: 5 |
| | Proposed New Date: | February 26, 2024 |
| Trial: | Current (unchanged): | February 13, 2024<br>Time: 8:30 a.m.<br>Dept: 5 |
| | Proposed New Date: | April 29, 2024. |

The Parties will make themselves available for a further Trial Setting Conference should the above-proposed dates for the Pre-Trial Conference and for Trial not be available to the Court.

| | | |
|---|---|---|
| 1 | Dated: May 4, 2023 | WILKINS DROLSHAGEN & CZESHINSKI LLP |
| 2 | | |
| 3 | | By:  /s/ *James H. Wilkins* |
| 4 | | James H. Wilkins<br>Attorneys for Plaintiff |
| 5 | | LANCE ANDERSON, as Guardian ad Litem for<br>MAURINE ANDERSON |
| 6 | | |
| 7 | Dated: May 4, 2023 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 8 | | |
| 9 | | By:  /s/ *Stephen J. Liberatore* |
| 10 | | Julian J. Pardini<br>Stephen J. Liberatore |
| 11 | | Attorneys for Defendant<br>ALLIANZ LIFE INSURANCE COMPANY OF |
| 12 | | NORTH AMERICA |

**ORDER**

Based on the parties' stipulation (ECF No. 22), the Court's scheduling order (ECF No. 13, 20) is further modified as follows:

| Event | Former Date/Deadline | New Date/Deadline |
|---|---|---|
| Non-Expert Discovery | May 23, 2023 | August 23, 2023 |
| Expert Disclosures | June 12, 2023 | September 11, 2023 |
| Rebuttal Expert Disclosures | July 14, 2023 | October 13, 2023 |
| Expert Discovery Cutoff | August 31, 2023 | November 30, 2023 |
| Dispositive Motion Filing | September 5, 2023 | December 5, 2023 |
| Pretrial Conference[1] | February 12, 2024, at 1:30 p.m. Courtroom 1, before District Judge Ana de Alba | May 13, 2024, at 1:30 p.m. Courtroom 1, before District Judge Ana de Alba |
| Trial | April 16, 2024, at 8:30 a.m. Courtroom 1, before District Judge Ana de Alba | July 16, 2024, at 8:30 a.m. Courtroom 1, before District Judge Ana de Alba |

IT IS SO ORDERED.

Dated: __May 5, 2023__      /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties appear to not recognize that the Court previously continued the pretrial conference and trial dates in its prior order modifying the scheduling order. (ECF No. 20, p. 4; ECF No. 22, p. 2). With the extension of the dispositive motion filing deadline, the Court must again extend the pretrial conference and trial dates to allow sufficient time to rule on any dispositive motions.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28