UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE ANDERSON, as Guardian Ad Litem of MAURINE ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:22-CV-00165-KES-EPG<br><br>STIPULATION FOR SUBSTITUTION OF PLAINTIFF AND ORDER<br><br>(ECF No. 40). |

Pursuant to Federal Rule of Civil Procedure 25, Plaintiff, LANCE ANDERSON, as Guardian Ad Litem of MAURINE ANDERSON and Defendant ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA (collectively, the "Parties") by and through their counsel, hereby request that LANCE ANDERSON, as Successor in Interest to MAURINE ANDERSON be substituted as Plaintiff in this action for LANCE ANDERSON, as Guardian Ad Litem of MAURINE ANDERSON for the following good cause shown:

1. Maureen Anderson passed away on March 16, 2023. Prior to her death, her son, Lance Anderson, was appointed as her guardian ad litem pursuant to an order from the Fresno County Superior Court. After her death, her son, Lance Anderson, became the representative of her estate and her successor in interest in the instant action.

2. The Parties have settled and wish to have this action dismissed. Local Rule 202 requires that an incompetent person's claim must be approved by the state court having

jurisdiction over the incompetent person's personal representative. The Parties are unable to seek state court approval of the settlement because the incompetent person, Maureen Anderson, passed away on March 16, 2023.

3.   Following substitution of the proper party, LANCE ANDERSON, as Successor in Interest to MAURINE ANDERSON, pursuant to Federal Rule of Civil Procedure 25, the Parties will request dismissal of this action pursuant to the terms of their settlement.

Based on the foregoing, the Parties respectfully request that the Court order LANCE ANDERSON, as Successor in Interest to MAURINE ANDERSON be substituted as Plaintiff for LANCE ANDERSON, as Guardian Ad Litem of MAURINE ANDERSON.

Dated:  July 17, 2024                     WILKINS DROLSHAGEN & CZESHINSKI LLP

                                          By:  */s/ James H. Wilkins*
                                               James H. Wilkins
                                               Attorneys for Plaintiff, LANCE
                                               ANDERSON, as Guardian ad Litem for
                                               MAURINE ANDERSON

Dated:  July 17, 2024                     LEWIS BRISBOIS BISGAARD & SMITH LLP

                                          By:  */s/ Julian J. Pardini*
                                               Julian J. Pardini
                                               Stephen J. Liberatore
                                               Attorneys for Defendant, ALLIANZ LIFE
                                               INSURANCE COMPANY OF NORTH
                                               AMERICA

**ORDER**

Based on the above stipulation (ECF No. 40), IT IS ORDERED that Lance Anderson, as Successor in Interest to Maurine Anderson be substituted as Plaintiff for Lance Anderson, as Guardian Ad Litem of Maurine Anderson.

IT IS SO ORDERED.

Dated:  **July 19, 2024**              /s/ *Erica P. Grosjean*
                                                    UNITED STATES MAGISTRATE JUDGE