UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE ANDERSON, as Successor in Interest to Maurine Anderson,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:22-CV-00165-KES-EPG<br><br>STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER<br><br>(ECF No. 43) |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff LANCE ANDERSON, as Successor in Interest to Maurine Anderson voluntarily dismisses the above-captioned action, with prejudice.  The parties to the action, including Plaintiff and Defendant ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, hereby stipulate to dismissal by and through their counsel of record.

The parties have agreed that each side shall bear its own costs and attorneys' fees.

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | Dated: July 22, 2024 | WILKINS DROLSHAGEN & CZESHINSKI LLP |
| 4 | | By: */s/ James H. Wilkins* |
| 5 | | James H. Wilkins<br>Attorneys for Plaintiff, LANCE ANDERSON, as Successor in Interest to Maurine Anderson |
| 8 | Dated: July 22, 2024 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 10 | | By: */s/ Julian J. Pardini* |
| 11 | | Julian J. Pardini<br>Stephen J. Liberatore<br>Attorneys for Defendant, ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA |

## ORDER

Based on the parties' stipulation (ECF No. 43), IT IS ORDERED that the above-captioned action is dismissed, in its entirety, with prejudice under Rule 41(a)(1)(A)(ii). Each side shall bear its own costs and attorneys' fees. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **July 23, 2024**         /s/ Erica P. Grosjean
                            UNITED STATES MAGISTRATE JUDGE